

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2020

No. 04-19-00119-CV

**INFINITY COUNTY MUTUAL INSURANCE COMPANY**,
Appellant

v.

Michael **TATSCH**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12977
Honorable N. Keith Williams, Judge Presiding

# O R D E R

After the submission panel denied Appellee's motion for rehearing, Appellee timely filed a motion for en banc reconsideration. *See* TEX. R. APP. P. 49.7. The court requests that Appellant file a response to Appellee's motion. *See id.* R. 49.2.

If Appellant chooses to file a response, Appellant must file the response, or a motion for extension of time to file a response, within TEN DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2020.

_____
Michael A. Cruz,
Clerk of Court